# EXHIBIT "A"

EXHIBIT.1


Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

**OCTOBER 2024**    **01538**

E-Filing Number: 2410029430

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| NANCY GREEN | LIVE CASINO AND HOTEL PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1914 HARDING HIGHWAY<br>NEWFIELD NJ 08344 | 900 PACKER AVENUE<br>PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CHARLES GREEN | STADIUM CASINO RE, LLC, ALIAS: DBA LIVE CASINO AND HOTEL PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1914 HARDING HIGHWAY<br>NEWFIELD NJ 08344 | 601 E. PRATT STREET SIXTH FLOOR<br>BALTIMORE MD 21202 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | THE CORDISH COMPANIES, ALIAS: DBA LIVE CASINO AND HOTEL PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 601 E. PRATT STREET SIXTH FLOOR<br>BALTIMORE MD 21202 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 7 | [X] Complaint    [ ] Petition Action    [ ] Notice of Appeal<br>[ ] Writ of Summons    [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- [ ] $50,000.00 or less
- [X] More than $50,000.00

**COURT PROGRAMS**
- [ ] Arbitration
- [ ] Jury
- [X] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
OCT 14 2024
L. BREWINGTON

**IS CASE SUBJECT TO COORDINATION ORDER?**    YES    NO

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: NANCY GREEN , CHARLES GREEN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GLENN M. ROSS | 401 GERMANTOWN PIKE<br>201<br>LAFAYETTE HILL PA 19444 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)643-7200 | (215)643-7205 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 44537 | courts@glennrosslaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| GLENN ROSS | Monday, October 14, 2024, 10:11 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. LIVE CASINO AND HOTEL PHILADELPHIA
   900 PACKER AVENUE
   PHILADELPHIA PA 19148
2. STADIUM CASINO RE, LLC
   ALIAS: DBA LIVE CASINO AND HOTEL PHILADELPHIA
   601 E. PRATT STREET SIXTH FLOOR
   BALTIMORE MD 21202
3. THE CORDISH COMPANIES
   ALIAS: DBA LIVE CASINO AND HOTEL PHILADELPHIA
   601 E. PRATT STREET SIXTH FLOOR
   BALTIMORE MD 21202
4. GAMING AND LEISURE PROPERTIES INC.
   845 BERKSHIRE BOULEVARD
   WYOMISSING PA 19610
5. GLP CAPITAL, L.P.
   845 BERKSHIRE BOULEVARD
   WYOMISSING PA 19610
6. TEAM CLEAN INC.
   104 N. 63RD STREET
   PHILADELPHIA PA 19139
7. AMERICAN CLEANING INTERNATIONAL , INC.
   104 N. 63RD STREET
   PHILADELPHIA PA 19139

GLENN M. ROSS, ESQUIRE
Supreme Court I.D. No. 44537　　　　　　　　　　　Attorney for Plaintiff
401 Germantown Pike
Suite # 201
Lafayette Hill, PA 19444



*Filed and Attested by the Office of Judicial Records 14 OCT 2024 10:11 am L. BREWINGTON*

| | |
|---|---|
| Nancy Green and Charles Green <br> H/W <br> 1914 Harding Highway <br> Newfield, NJ 08344 | : <br> : CIVIL ACTION <br> : COMPLAINT <br> : |
|       Plaintiff <br> vs. | : <br> : <br> : |
| Live Casino and Hotel Philadelphia <br> 900 Packer Avenue <br> Philadelphia, PA 19148; and | : <br> : <br> : |
| Stadium Casino RE, LLC <br> 601 E. Pratt Street, sixth floor <br> Baltimore, MD 21202 <br> D/B/A Live Casino and Hotel Philadelphia; and | : <br> : <br> : <br> : |
| The Cordish Companies <br> 601 E. Pratt Street, sixth floor <br> Baltimore, MD 21202 <br> D/B/A Live Casino and Hotel Philadelphia; and | : <br> : <br> : <br> : |
| Gaming and Leisure Properties Inc. <br> 845 Berkshire Boulevard <br> Wyomissing, PA 19610; and | : <br> : <br> : |
| GLP Capital, L.P <br> 845 Berkshire Boulevard <br> Wyomissing, PA 19610; and | : <br> : <br> : |
| Team Clean Inc. <br> 104 N. 63rd Street, <br> Philadelphia, PA 19139; and | : <br> : <br> : |
| American Cleaning International, Inc. <br> 104 N. 63rd Street, <br> Philadelphia, PA 19139 <br>       Defendants. | : <br> : <br> : <br> : |

## NOTICE TO DEFEND

Case ID: 241001538

|  NOTICE  |  AVISO  |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |

*YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.*

*LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.*

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6300

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Información Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6300

Case ID: 241001538

| | |
|---|---|
| GLENN M. ROSS, ESQUIRE<br>Supreme Court I.D. No. 44537<br>401 Germantown Pike<br>Suite # 201<br>Lafayette Hill, PA 19444 | Attorney for Plaintiff |

| | | |
|---|---|---|
| Nancy Green and Charles Green<br>H/W<br>1914 Harding Highway<br>Newfield, NJ 08344 | : <br> : <br> : <br> : <br> : | CIVIL ACTION<br>COMPLAINT |
|                Plaintiff | : | |
| vs. | : <br> : | |
| Live Casino and Hotel Philadelphia<br>900 Packer Avenue<br>Philadelphia, PA 19148; and | : <br> : <br> : <br> : | |
| Stadium Casino RE, LLC<br>601 E. Pratt Street, sixth floor<br>Baltimore, MD 21202<br>D/B/A Live Casino and Hotel Philadelphia; and | : <br> : <br> : <br> : <br> : | |
| The Cordish Companies<br>601 E. Pratt Street, sixth floor<br>Baltimore, MD 21202<br>D/B/A Live Casino and Hotel Philadelphia; and | : <br> : <br> : <br> : <br> : | |
| Gaming and Leisure Properties Inc.<br>845 Berkshire Boulevard<br>Wyomissing, PA 19610; and | : <br> : <br> : <br> : | |
| GLP Capital, L.P<br>845 Berkshire Boulevard<br>Wyomissing, PA 19610; and | : <br> : <br> : <br> : | |
| Team Clean Inc.<br>104 N. 63rd Street,<br>Philadelphia, PA 19139; and | : <br> : <br> : <br> : | |
| American Cleaning International, Inc.<br>104 N. 63rd Street,<br>Philadelphia, PA 19139<br>               Defendants. | : <br> : <br> : <br> : <br> : | |

## **Complaint**

Case ID: 241001538

1. Plaintiff, Nancy Green, is an adult individual and citizen of the Commonwealth of NJ, residing at the above docketed address.

2. Plaintiff, Charles Green, is an adult individual and citizen of the Commonwealth of NJ, residing at the above docketed address.

3. Defendant, Live Casino and Hotel Philadelphia is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above,

4. Defendant, Stadium Casino RE, LLC is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and maintains either an ownership interest in or does business as Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

5. Defendant the Cordish Companies is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and maintains either an ownership interest in or does business as Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

6. Defendant Gaming and Leisure Properties Inc., is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and maintains either an ownership interest in

Case ID: 241001538

or does business as Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

7. Defendant GLP Capital, L.P., is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and maintains either an ownership interest in or does business as Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

8. Defendant Team Clean Inc., is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and is contracted to perform cleaning and maintenance services at Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

9. American Cleaning International, Inc., is upon information and belief, a corporation, limited liability company, partnership, fictitious name or other such business entity licensed to conduct business within the Commonwealth of Pennsylvania and maintaining an address as docketed above, and is contracted to perform cleaning and maintenance services at Live Casino and Hotel Philadelphia at 900 Packer Avenue, Philadelphia, PA 19148.

10. On October 16, 2022, Plaintiff Nancy Green was a business invitee at Live Casino and Hotel Philadelphia, which upon information and belief is operated, controlled or cleaned by some of or all of the above-named Defendants.

11. On October 16, 2022, Live Casino and Hotel Philadelphia was a property being utilized as a Casino and Hotal and the property was under the exclusive control of some or all of

the above named Defendants. It was the duty of the named Defendants to at all times keep and maintain the property in reasonably safe condition for its lawful guests and other business invitees.

12. At all times material to this Complaint, the agents, officers, servants, workers, independent contractors and/or employees of named Defendants were acting within the course and scope of their employment or service contracts with Live Casino and Hotel Philadelphia.

13. At all times material hereto, the Casino/Hotel in which Plaintiff Nancy Green was a business invitee at was operated by an agent and/or employee of named Defendants. As such, named Defendants, their agents, servants and/or employees, had a duty to exercise proper care in operating and maintaining the premises in safe condition for their patrons and all individuals lawfully therein.

14. On information and belief, in the early morning hours on or about October 16, 2022, the Plaintiff, Nancy Green, was lawfully walking into the building through one of the proper entranceways meant for the use of the patrons of the premises.

15. Plaintiff was then directed by an employee/service representative of the Defendants that they were not using the correct entranceway, and specifically directed them to another one, which caused the Plaintiff to re-direct towards the other secondary entrance doorway.

16. As a result of the negligence of its agents, servants and/or employees, a rug just inside the secondary doorway became caught in the doorway as Plaintiff Nancy Green entered, causing her to trip and fall as she entered. Due to the aforesaid negligence, she suffered severe and serious injuries, which are hereinafter more fully set forth.

17. At no time did the Defendants, their agents, servants and/or employees, attempt to correct the hazard caused by the rug, properly attach it to the floor or otherwise take any measures or steps to protect Plaintiff Nancy Green.

18. Venue is proper in Philadelphia County Pennsylvania, pursuant to Pennsylvania Rules of Civil Procedure 1006 and 2179, because Philadelphia County is where the cause of this action arose.

## COUNT 1 – Negligence

### Nancy Green v. All Defendants

19. The Plaintiff hereby incorporates paragraphs 1-18 as though they have been stated at length.

20. The event set forth herein which resulted in the injuries to Plaintiff Nancy Green were caused solely and exclusively by reason of the negligence, carelessness, recklessness, and other wrongful and liability-producing conduct of all Defendants, both jointly and severally, herein. Those injuries include, but are not limited to:

    a. Closed fracture of the nasal bone;

    b. Contusions of the right knee;

    c. Acute pain of the right shoulder;

    d. Acute pain in the right side/ribs;

    e. Loss of wages and future earning capacity;

    f. Other hospital and medical expenses, which will continue to occur in the future;

    g. Severe physical paid, mental anguish and humiliation;

    h. Various injuries that may be in full or in part permanent, irreparable and severe.

21. As a further result of this accident, Plaintiff Nancy Green has suffered severe physical pain, mental anguish, loss of life's pleasures, inability to attend to her social engagements and may in the future continue to suffer the same or similar injuries or damages.

22. The negligence, carelessness, recklessness, wrongful and liability producing conduct of all Defendants consisted of the following:

    a. Failure to maintain and operate the premises in such a way that the floor near the bar/restaurant's entranceway was clear of all impediments, allowing Plaintiff Nancy Green to walk through the building safely;

    b. Failure to operate the premises in such a way that Plaintiff Nancy Green could safely traverse through the premises as well as the failure to take other necessary precautions to prevent Plaintiff's fall from occurring;

    c. Violations of various statutes giving rise to civil liability;

    d. Respondent superior and/or vicarious liability for acts and omissions of employees, agents, servants, independent contractors, shareholders, partners and/or property owners;

    e. Failure to adequately train employees, agents, servants, independent contractors, shareholders, partners and/or property owners to keep the property free of trip hazards;

    f. Failing to perform an adequate and necessary investigation to determine whether or not any entranceways and/or other walkways were free of any impediments to safe entrance/exit from the premises and all areas that its patrons and guests would be required to traverse in order to come and go through the bar/restaurant building and

whether or not necessary and proper measures were being followed to remove such impediments from the floor way;

g. Failing to provide adequate security and protection for patrons and other business invitees, including Plaintiff Nancy Green, from foreseeable harm;

h. On information and belief, and subject to discovery, failing to provide adequate and necessary safety mats or other similar devices in the area where Plaintiff Nancy Green fell in order to protect patrons or other business invitees on said premises;

i. On information and belief, and subject to discovery, failing to take adequate and necessary precautions to protect patrons and/or other business invitees given the prior history of falls on its premises due to the negligence of all Defendants' employees, agents, servants, independent contractors, shareholders, partners and/or property owners;

j. Failing to monitor/supervise its employees, agents, and/or servants properly to ensure proper protection of patrons and/or other business invitees of named Defendants;

k. Failing to hire, employ, or retain personnel sufficiently qualified to perform their duties in a way that will not harm, injure or risk the safety of lawful patrons and business invitees of all Defendants;

l. Failing to give adequate warning to enable patrons, business visitors or invitees to avoid harm or otherwise protect themselves against such harm;

m. Such other negligence as may be revealed through discovery.

WHEREFORE, Plaintiff Nancy Green prays that this Honorable Court enter judgment in her favor and against the Defendants in excess of Fifty Thousand Dollars ($50,0000.00) as well

Case ID: 241001538

as costs, interest, and any additional legal or equitable relief that this court deems just and proper.

## COUNT 2 – Loss of Consortium

### Charles Green v. All Defendants

23. The Plaintiff hereby incorporates paragraphs 1-22 as though they had been set forth at length.

24. As a direct and proximate result of the carelessness and negligence of all Defendants complained herein and their collective breach of duty of care towards Nancy Green as a business invitee, Plaintiff Charles Green has suffered in the past and may continue to suffer in the future the loss of his wife's society, companionship, support, service and consortium.

WHEREFORE, Plaintiff Charles Green demands judgment against all Defendants for damages in an amount in excess to Fifty Thousand Dollars ($50,000.00) as well as costs, interest and any additional legal or equitable relief that this court deems just and proper.

Respectfully submitted,

*Glenn Ross*

Glenn M. Ross, Esq.
Attorney for Plaintiffs

Case ID: 241001538

## VERIFICATION

I _Charles A. Green_, being duly sworn according to law, does depose and say I am a named Plaintiff in this action and that the statements set forth in the foregoing Plaintiff's Complaint are true and correct to the best of my knowledge, information and belief. This Verification is given pursuant to the provisions of 18 Pa. C.S.A., Section 4904 relating to unsworn falsification to authorities and the penalties therefor.

Dated _10-10-24_

## VERIFICATION

I __Nancy J Green__, being duly sworn according to law, does depose and say I am a named Plaintiff in this action and that the statements set forth in the foregoing Plaintiff's Complaint are true and correct to the best of my knowledge, information and belief. This Verification is given pursuant to the provisions of 18 Pa. C.S.A., Section 4904 relating to unsworn falsification to authorities and the penalties therefor.

_____ *(signature: Nancy J Green)*

Dated __10/10/24__

Case ID: 241001538